DOLLFUS MIEG & CIE v. RICHARDSON SILK CO. (Circuit Court of Appeals, Second Circuit. December 18, 1922.) No. 68. Appeal from the District Court of the United States for the Southern District of New York. Action by Dollfus Mieg & Cie against the Richardson Silk Company. Judgment for defendant, and plaintiff appeals. Affirmed. Curie, Lane & Maxwell, James L. Steuart, and James H. Griffin, all of New York City, for appellant. Putney,

Twombly & Putney and John D. Morgan, all of New York City, for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.